No. 73–1820. PHILBROOK, COMMISSIONER, DEPARTMENT OF SOCIAL WELFARE *v.* GLODGETT ET AL.; and

No. 74–132. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* GLODGETT ET AL. Appeals from D. C. Vt. Motion of appellees for leave to proceed *in forma pauperis* granted. In No. 73–1820, probable jurisdiction noted. In No. 74–132, further consideration of question of jurisdiction postponed to hearing of case on the merits. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 368 F. Supp. 211.

No. 73–7031. FOWLER *v.* NORTH CAROLINA. Sup. Ct. N. C. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 74–70. GOLDFARB ET UX. *v.* VIRGINIA STATE BAR ET AL. C. A. 4th Cir. Motion of Clark C. Havighurst for leave to file a brief as *amicus curiae* granted. Certiorari granted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion and petition.

No. 73–1830. SZEKULA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–1903. ZLOTNICK ET AL. *v.* DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.